FILED
CLERK OF THE
BANKRUPTCY COURT
2005 APR 25 AM 11: 07
HARTFORD DIV.

# REAFFIRMATION AGREEMENT

WHEREAS, **Matthew C. Abel**, the Debtor, has filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code, **Case No. 05-20678 rik**, in the United States Bankruptcy Court, District of Connecticut; and

WHEREAS, the Debtor has not yet been granted a discharge in the above-described bankruptcy case; and

WHEREAS, the Debtor was represented by an attorney during the course of negotiating this Agreement with **GREENFIELD COOPERATIVE BANK** of 63 Federal Street, Greenfield, Massachusetts ("Bank" or "Creditor") ; and

WHEREAS, the Debtor has, within the required period, filed a Statement of Intention with Bankruptcy Court stating the Debtor's intention to reaffirm the debt due to the Bank described below; and

WHEREAS, the Bank is presently owed the amount of $3,910.91principal and $24.88 interest, and that the value of the motor vehicle is approximately $6,000; and

WHEREAS, it is the desire and intention of the Debtor, in consideration of the promises and representations herein made by the Creditor, to reaffirm the debt described below in the amount shown below.

NOW, THEREFORE, the Debtor and the Creditor agree and covenant as follows:

1. The Debtor agrees to reaffirm the Note, the Security Agreement and the debt secured by the motor vehicle described in "**Exhibit A**". The Note, Security Agreement and debt reaffirmed by the agreement shall be paid by the Debtor to the Creditor in the following manner: In accordance with the terms of the Note, which was executed on July 1, 2004 and which has a present principal balance of **$3,910.91.**

2. The Note and debt reaffirmed by this agreement is secured by a first security interest encumbering the following vehicle, **1991 BMW 535I, VID # WBAHD2310MBF70064**, and which is presently in the possession of the Debtor, **Matthew C. Abel**. The Creditor has a valid and

enforceable security interest lien on such vehicle to the extent of the amount of the debt reaffirmed by this agreement, which security interest the Creditor agrees to release upon the completion of the payments described in the Note.

This Agreement is not required under Title 11 of the United States Code, under any applicable non-bankruptcy law, or under any agreement not in accordance with the provisions of 11 U.S.C., Section 524(c).

3. The Debtor may rescind this voluntary agreement at any time prior to discharge or within sixty(60) days after the agreement is filed with the Court, whichever occurs later, by giving notice of rescission to the Creditor in writing at the office of the Creditor.

4. This Agreement constitutes the entire agreement between the parties, and any verbal agreements or representations made by or between the parties are hereby declared void and unenforceable. A signed copy of the Agreement shall be given to each party.

5. The Debtor states that he deems approval of the Reaffirmation Agreement to be in his best interest.

EXECUTED as a Massachusetts sealed instrument this 11 of April, 2005.

In the Presence of:

Witness

Debtor: Matthew C. Abel

GREENFIELD COOPERATIVE BANK

Witness Anne L. Trudeau

By

Christine M. Eugin, its Vice President

**THIS AGREEMENT REPRESNETS A FULLY INFORMED AND VOLUNTARY AGREEMENT THAT DOES NOT IMPOSE AN UNDUE HARDSHIP ON THE DEBTOR OR ON ANY DEPENDENT OF THE DEBTOR.**

**Witness** Michelle A. Arve

**ATTORNEY FOR THE DEBTOR**